Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JON H. ROHRER, individually; and FLORENCE R. EMERSON, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COMBINED TRANSPORT, INC, a foreign corporation doing business in the State of Washington; and DAVID W. CAMPBELL and "JANE DOE" CAMPBELL, individually and husband and wife, and the marital community comprised thereof, <br><br> Defendants. | NO. 3:18−cv−05950−BHS <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

## STIPULATION

Plaintiffs Jon H. Rohrer and Florence R. Emerson and Defendants Combined Transport, Inc. and David Campbell, by and through their respective counsel of record, hereby stipulate and agree that all claims against Defendants may be dismissed in their entirety with prejudice and without costs and/or attorney fees as to any party.

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS - 1
(3:18−cv−05950−BHS)

7371969.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| Dated this 22nd day of April, 2021. | Dated this 22nd day of April, 2021. |
| WILLIAMS, KASTNER & GIBBS PLLC | LAW OFFICES OF BEN F. BARCUS & ASSOCIATES, P.L.L.C. |

By *s/Brendan T. Vandor*
    Rodney L. Umberger, Jr., WSBA No. 24948
    Brendan T. Vandor, WSBA No. 49929

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: 206.628.6600
Fax:    206.628.6611
Email:  rumberger@williamskastner.com
          bvandor@williamskastner.com

***Counsel for Defendants Combined Transport, Inc. and David Campbell***

By *s/Ben F. Barcus*
    Ben F. Barcus, WSBA No. 15576
    Paul A. Lindenmuth, WSBA No. 15817

4303 Ruston Way
Tacoma, WA 98402
Phone: 253.752.4444
Fax:    253.752.1035
Email:  ben@benbarcus.com
          paul@benbarcus.com

***Counsel for Plaintiffs***

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - 2
(3:18−cv−05950−BHS)

7371969.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiffs Jon H. Rohrer and Florence R. Emerson and Defendants Combined Transport, Inc. and David Campbell to dismiss all claims against Defendants with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendants Combined Transport, Inc. and David Campbell are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

IT IS SO ORDERED BY THE COURT.

DATED this 23rd day of April, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:

WILLIAMS KASTNER & GIBBS PLLC


By  *s/Brendan T. Vandor*
    Rodney L. Umberger, Jr., WSBA No. 24948
    Brendan T. Vandor, WSBA No. 49929

*Counsel for Defendants Combined Transport, Inc. and David Campbell*

APPROVED AS TO FORM AND CONTENT BY:

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS - 3
(3:18−cv−05950−BHS)

7371969.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  LAW OFFICES OF BEN F. BARCUS & ASSOCIATES, P.L.L.C

2
   By: *s/Ben F. Barcus*
3  Ben F. Barcus, WSBA No. 15576
   Paul A. Lindenmuth, WSBA No. 15817
4
   ***Counsel for Plaintiffs***
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - 4
(3:18−cv−05950−BHS)

7371969.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600